EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Aprobación de Cambio de Estatus Inactivo de marzo 2019 a agosto 2020 | 2020 TSPR 145<br><br>205 DPR \_\_\_\_\_ |

Número del Caso:  EM-2020-18

Fecha:  30 de noviembre de 2020

Materia:  Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de Cambio de
Estatus Inactivo de
marzo 2019 a agosto 2020          EM-2020-18




RESOLUCIÓN

En San Juan, Puerto Rico, a  30  de noviembre de 2020.

Durante el periodo de marzo de 2019 a agosto de 2020, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los siguientes abogados(as):

**marzo 2019**

| | |
|---|---|
| Rivera Ortega, Ferdinand | 1811 |
| Encarnacion Canino, María E. | 2036 |
| García Vilanova, Apolo | 3314 |
| Mujica Lugo, María T. | 3526 |
| Rodríguez Martínez, Eliezer | 3759 |
| González Gierbolini, José A. | 4653 |
| Osorio De Davis, Alma Zoraida | 6134 |
| Pérez Félix, Jesús M. | 6344 |
| Matos Rivera, Felipe C. | 6531 |
| Pérez López, Ángel L. | 7025 |
| Fernández García, Juan J. | 7237 |
| Díaz Torres, Carmen Delia | 8048 |
| Kryzanowski Mayoral, Nancy A. | 8822 |
| Lebrón Carrillo, Antonio | 9108 |
| Laracuente Sánchez, Guidette P. | 9538 |
| González Ortega, Eva | 9795 |
| Maldonado Rodríguez, José A. | 9826 |
| Méndez Muñiz, Laura | 12,045 |
| Pérez Acosta, Carlos E. | 13,729 |
| Valdés Cruz, Yolanda D. | 13,974 |
| Peñagarícano Kindratiw, Gabriel I. | 14,828 |
| Alers Rojas, Francheska | 17,632 |
| Batista Ruiz, Andrés Elías | 18,965 |

Aprobación de Cambio de
Estatus Inactivo de
marzo de 2019 a agosto de 2020                          2

### abril 2019

| | |
|---|---|
| Lugo Rigau, Heber E. | 2279 |
| Vela Colón, Enrique N. | 5789 |
| Serrano Borges, Mayra J. | 6139 |
| Pinto Lugo, René | 7871 |
| Candelario Rosas, Nilsa I. | 8744 |
| Ortiz Lebrón, Pablo | 11,224 |
| Lugo Mercado, José L. | 15,155 |

### mayo 2019

| | |
|---|---|
| Colón Cruz, Héctor Aníbal | 2263 |
| Naveira Merly, William E. | 2799 |
| Anglada Segarra, José A. | 2981 |
| Figueroa, Rubén O. | 3038 |
| Carbonell Esteva, Francisco | 3860 |
| Chow, Walter F. | 4473 |
| Benítez Corujo, Marisol | 4600 |
| Ansa Toro, Francisco | 5430 |
| Morales Cruz, Epifanio | 5726 |
| Rodríguez Hernández, Arminda | 6612 |
| Cancio González, José Ramón | 7254 |
| Cruz Arroyo, José G. | 7893 |
| Román Concepción, Ileana | 10,138 |
| Fernández Muñoz, Luis M. | 10,688 |
| Carrasquillo Marcano, Rebecca | 11,180 |
| Rosado Linera, Ramón A. | 12,702 |
| Carrión Del Toro, Leilany Del Carmen | 13,372 |
| Rodríguez Pérez, Nilda M. | 16,084 |
| Chireno Rivera, Roberto | 16,259 |
| Ortiz Vargas, Marian | 17,830 |

### junio 2019

| | |
|---|---|
| Pérez Ferrari, José A. | 2804 |
| Portela Rodríguez, Emma S. | 2940 |
| González Román, Ángel | 3154 |
| Ortiz Negrón, José R | 3234 |
| Marrero Arzuaga, Santos | 3297 |
| Rodríguez Castro, Olga | 5902 |
| Maldonado Colón, Melvin E. | 6218 |
| Castrodad Rivera, Hamlet C. | 7253 |
| Rey Díaz, Ayxa | 7368 |
| Hernández Oquendo, Francisco | 7739 |
| Solá Placa, Cecile | 7795 |
| Vázquez Lozada, Gregorio | 7865 |
| García Pesquera, Isidro | 8506 |
| González Claudio, Wilfredo | 9398 |
| Romero De Juan, María A. | 9881 |

Aprobación de Cambio de
Estatus Inactivo de
marzo de 2019 a agosto de 2020                                3

| | |
|---|---|
| Rodríguez Figueroa, José L. | 11,702 |
| González Laboy, Agustín | 16,059 |
| Ramos Junquera, Marcel José | 18,822 |
| González Nieves, Frances Lorey | 19,022 |

## julio 2019

Página 3

| | |
|---|---|
| Vélez Núñez, Venancio | 2816 |
| Rovira Martinó, Francisco | 2969 |
| Pagani Rodríguez, Juan F. | 3014 |
| Rivero, Juan A. | 3910 |
| Jusino Archilla, Andrés | 4118 |
| Moreda Toledo, Manuel A. | 4618 |
| Rebollo López, José A. | 4690 |
| Delgado Kuinlam, Fernando | 4904 |
| González Gorritz, Carmen M. | 5440 |
| López Rivera, Diana | 5476 |
| Sagardía Ruiz, Magda E. | 5522 |
| Alfonzo Sánchez, Carmen | 5623 |
| Rivera Ortiz, Samuel | 7178 |
| Padró Pérez, Myrna | 7182 |
| Hernández Arroyo, Edna | 7907 |
| Matos Alicea, Eli | 8209 |
| Ortiz Monteverde, María | 8368 |
| Jiménez Suárez, Debra M. | 8648 |
| Portalatín Aguilar, Margarita | 8920 |
| Robles Rivera, Dory J. | 9760 |
| Pedraza Rivas, José G. | 10,793 |
| Pérez Atiles, Maritza | 13,722 |
| Méndez Fontánez, Carlos R. | 14,267 |
| Pastrana Torres, Carlos R. | 14,443 |
| González Taboada, José | 15,109 |
| Martorell Berríos, Álida R. | 15,196 |
| Orta Ramos, Luis R. | 17,637 |
| Cruz Lugo, Rubén Alfredo | 18,588 |
| Cardona Vázquez, Nadia Deliz | 18,813 |
| Tossas Ortiz, Jonathan | 18,981 |
| González Nieves, Luis Fabián | 19,473 |
| Ramos Marrero, Limary Jannette | 20,465 |

## agosto 2019

| | |
|---|---|
| Montalvo Nazario, Antonio | 2083 |
| Irizarry González, Gilberto Luis | 2416 |
| Purcell Requena, Manuel | 2498 |
| Morales Coll, Eduardo A. | 2798 |
| Ríos Blas, Alfredo | 2941 |
| Soto De Costa, Magda | 3402 |
| Pérez Soto, Eduardo | 3711 |
| Fitzwilliam Ortiz, Charles | 4204 |
| Irizarry Morales, Orlando | 4575 |
| Padilla Román, Héctor R. | 5034 |

Aprobación de Cambio de
Estatus Inactivo de
marzo de 2019 a agosto de 2020                    4

| | |
|---|---:|
| Moyano Noriega, Héctor | 5189 |
| Pérez Rivera, Felícita | 5209 |
| Hertell San Juan, Hans H. | 5687 |
| Rodríguez Garrido, José M. | 5752 |
| Muñiz Muñiz, Melanio | 5923 |
| Segarra Miranda, Wilfredo | 6659 |
| Bonilla Rivera, Julio | 6852 |
| Burgos Pabón, Carmencita | 7415 |
| Medina Rivera, Wanda I. | 7525 |
| Blanes Delgado, Antonio R. | 7938 |
| Figueroa Nieves, Miguel A. | 8038 |
| Soto Alicea, Eliezer | 8717 |
| Barreras Del Río, Suquel | 9081 |
| Diez Fulladosa, María D. | 9085 |
| Medina Sotomayor, Margarita R. | 9995 |
| Rivera Rivera, Alberto | 10,114 |
| Molina Torres, Yadira | Página 4 |
| González Rodríguez, María S. | 12,000 |
| Quintana Reyes, Emily I. | 15,828 |
| Gutiérrez Rivera, Paula L. | 17,336 |
| Garrote Durán, María Luisa | 17,452 |
| Bonilla Mayas, Yetzirah | 17,880 |
| Rivera Nieves, Víctor | 18,445 |
| Torres Rañal, Johanna M. | 18,751 |
| Villar Valentín, Leany Iremar | 19,339 |

**septiembre 2019**

| | |
|---|---:|
| Lacomba Morales, Ángel | 1830 |
| Silva Janer, Guillermo | 3184 |
| Pagán De Joglar, Maritza | 3697 |
| Stoll Roche, Inés | 4245 |
| Correa Cintrón, José L. | 4744 |
| Toledo Sánchez, Norberto | 6337 |
| Robles Carrasquillo, Wilfredo | 7053 |
| Rodríguez Rodríguez, René A. | 7554 |
| Candelaria Peña, Carmen | 7872 |
| Quintana Rodríguez, Melva A. | 8544 |
| Pagán Rodríguez, William | 9440 |
| Bermúdez Sanabria, Debbie | 10,308 |
| Sánchez Cortés, Douglas P. | 10,442 |
| Loyola Fernández, Mario A. | 12,807 |
| Gruvis Pizarro, Geraldine M. | 17,172 |
| Mercado Porrata, Manuel E. | 18,034 |
| Rivera Rodríguez, Jorge | 18,578 |
| Colón Mercado, Noriana Cristina | 19,889 |
| Vassallo López, Jesse | 20,091 |

**octubre 2019**

| | |
|---|---:|
| Negrón García, Arturo | 2640 |
| Córdova Pelegrina, Pedro J. | 2681 |

Aprobación de Cambio de
Estatus Inactivo de
marzo de 2019 a agosto de 2020                    5

| | |
|---|---|
| Tapia Gómez, Teodoro L. | 3702 |
| Menéndez Armada, José A. | 5503 |
| Ramírez Fernández, Lida | 5717 |
| Rodríguez Nader, Victoria | 7066 |
| Peñagarícano Soler, Dora T. | 8091 |
| Colón Ríos, Noemi | 8187 |
| Vázquez Marrero, Frankie | 8611 |
| Santiago Pérez, Roberto | 8925 |
| González García, Liana M. | 9537 |
| Nieves Torres, Manuel | 9729 |
| Feliú Villegas, Osvaldo | 14,891 |
| Call Ortiz, Miguel Arthur | 19,948 |

### noviembre 2019

| | |
|---|---|
| De Jesús Cintrón, Roberto | 1577 |
| Cruz Jiménez, Olga | 1728 |
| Matanzo Velázquez, Roberto D. | 2547 |
| Arsuaga Álvarez, Juan A. | 3726 |
| Picó González, Alberto J. | 4036 |
| Planadeball Moreno, Irma J. | 4239 |
| Torres Jiménez, Carlos A. | 4450 |
| De Jesús Kellogg, Sara E. | 4749 |
| Pellicier Figueroa, Félix | 5946 |
| Julia Ramos, Maritza | |
| Matanzo Vicens, Ana | 5723 |
| Orta Berríos, Ramón | 6018 |
| Molina Román, Héctor F. | 6172 |
| Campos Lora, Francisco | 6261 |
| Escriba Oliver, Antonio R. | 6472 |
| Flores Sánchez, Benjamín | 7129 |
| Ruiz González, Edwin | 7398 |
| Rodríguez De La Rocha, Rita L. | 7426 |
| Rodríguez Santiago, Nívea Del C. | 8936 |
| Figueroa Reyes, Nilda | 9195 |
| González Alcazar, Guillermo B. | 9396 |
| Rosas Noya, Edwin V. | 9493 |
| Adorno Fernández, Carmelo | 10,154 |
| Tosca Serrano, Raquel I. | 10,966 |
| Velázquez Hernández, Jorge | 11,537 |
| González Taboada, Rafael | 14,163 |
| López Sasso, Edgardo Javier | 20,695 |

### diciembre 2019

| | |
|---|---|
| Santiago Guzmán, Félix L. | 2658 |
| Martir Santiago, Samuel | 3665 |
| Altieri Nieto, Nadia | 3762 |
| Géigel Vassallo, Rafael A. | 3858 |
| Rodríguez Sierra, Carlos A. | 3934 |
| Barrera Quiñones, Rafael E. | 4489 |
| Yapor Fadul, Susana | 4509 |
| Irizarry Resto, Carmen D. | 4992 |

Aprobación de Cambio de
Estatus Inactivo de
marzo de 2019 a agosto de 2020                                    6

| | |
|---|---|
| Morales Villamil, Maritza I. | 4994 |
| Acevedo Colón, Jorge L. | 5165 |
| Jiménez Nettleship, Charles | 5472 |
| Martínez Maldonado, Roberto R. | 5864 |
| Castillo Penne, Francisco | 5973 |
| Capó Rivera, Wanda A. | 6283 |
| Rodríguez Meléndez, Carlos D. | 6314 |
| Soto Ríos, Pedro | 6338 |
| Muñoz Acosta, Isabel | 6533 |
| Murphy Maldonado, Luis | 6546 |
| Bengoa Becerra, Esteban | 6704 |
| Quiñones Coll, José R. | 6767 |
| Arbona Lago, José | 6846 |
| Loyola Peralta, Karen M. | 6914 |
| Rabionet Vázquez, Magdalena | 7014 |
| Cruz Troche, Raquel | 7112 |
| Marchand Collazo, Felipe | 7143 |
| Colón Rosa, Wilfredo | 7234 |
| Magraner Lizardi, Miguel A. | 7319 |
| Mccandless Adams, Bruce E | 7526 |
| Iglesias Quiñones, Cynthia | 8362 |
| Ocasio Ortiz, Francisco | 8385 |
| Rodríguez Molina, Enid | 8412 |
| Carreño Coll, Silvia | 8501 |
| Vissepó Vázquez, Rafael L. | 8912 |
| Torres Meléndez, María V. | 8989 |
| Sánchez García, Rosa L. | 9322 |
| Jordán Mir, María M. | 9408 |
| Pereira Pérez, Nelly M. | 9446 |
| Mcgiverin Kuntz, Bruce J. | 9543 |
| Acosta Rodríguez, Robinson | 9921 |
| Guindin Batista, José A. | 10,470 |
| Santiago Negrón, María De L. | 10.815 |
| Sáenz Ramos, Jorge L. | Página 6 |
| Vaquer Castrodad, Ricardo I. | 11,530 |
| González Bonilla, José C. | 11,624 |
| Nigaglioni Cruz, Olga I. | 11,859 |
| Seda Barletta, Sandra María De F. | 12,076 |
| Pérez Valentín, Addo | 12,293 |
| Ortiz Navedo, Yaznery | 13,997 |
| Ruiz Soler, Giselle M. | 14,191 |
| Ayala Cartagena, Xiomara | 15,966 |
| Rodríguez Rullán, Luis G. | 16,742 |
| Robles Adorno, Juan Carlos | 17,293 |
| Schmidt Rodríguez, Aileen R. | 17,777 |
| Ruiz Vélez, Raquel | 18,023 |
| Chardón Pérez, Syra Ivelisse | 18,081 |
| Ramírez Ballagas, Rohemir | 19,255 |
| Domínguez Fundora, Yonney | 19,433 |
| Lourido Alonso, Julián Daniel | 20,023 |
| Iturrino García, Sofía Isabel | 20,308 |
| García Reyes, Julinnette Ann | 20,520 |
| Gómez Aponte, Elizabeth Marie | 20,635 |

Aprobación de Cambio de
Estatus Inactivo de
marzo de 2019 a agosto de 2020                    7

## enero 2020

| | |
|---|---|
| Díaz De Collazo, Adaljisa | 1689 |
| Pedrosa González, Pedro V. | 2290 |
| Santiago García, Presby | 3193 |
| Castro Mesa, Alfredo | 3603 |
| Bazán González, Belén | 4079 |
| Ramos Ruiz, María C. | 5042 |
| Fuentes Borrero, John | 6478 |
| Feliciano Feliciano, José E. | 7231 |
| Rodríguez Hernández, María L. | 7352 |
| Hirsch Selsby, Judith | 7493 |
| Gómez Acevedo, Melba G. | 9986 |
| Avilés Mangual, Diana | 11,013 |
| Charles Smith, Howard | 12,140 |
| Arzola Barris, Miguel A. | 12,156 |
| Vega Ortiz, Madelyn | 12,699 |
| Kilpatrick Santiago, Frances A. | 12,979 |
| Domínguez López, Sara Y. | 14,770 |
| Mercado Medina, Jermaine Marie | 19,421 |
| Santos Isales, Luanna Lee | 19,696 |
| Ramos Quiñones, Melanie | 20,202 |

## febrero 2020

| | |
|---|---|
| Luciano Vélez, José H. | 1826 |
| Pérez Maldonado, Ruth M. | 3589 |
| Navas Pavía, Manuel | 5351 |
| Charles, Howard | 5981 |
| Taboas Colón, María Del Carmen | 6074 |
| Martínez Vega, Ramón | 6101 |
| Odio Páez, Guillermo A. | 6548 |
| Landrón Concepción, Ismael | 6558 |
| Alejandro Valle, Nora L. | 6686 |
| Marrero Melecio, Waleska | 7296 |
| Otero Ríos, Ileana R. | 10,035 |
| Tomei Sorrentini, Natividad | 10,127 |
| Rodríguez Torres, Yolanda | 10,132 |
| Reyes Álvarez-Maruri, María C. | 10,140 |
| Rosso Tridas, Marie | |
| Mantero Hormazabal, Lourdes M. | Página 7 |
| Maldonado Vega, Javier E. | 11,068 |
| Jiménez López, Lymarie | 11,197 |
| Sánchez Paredes, Wanda M. | 11,269 |
| Suárez Alejandro, Ana D. | 11,546 |
| Otero Meléndez, María L. | 11,622 |
| García Márquez, Antonio G. | 12,201 |
| Valle Milán, Nelson H. | 12,486 |
| Buono Colón, Roberto J. J. | 14,530 |
| Del Río Rosario, Luisa S. | 16,078 |
| Soto Rivera, Katiria | 19,027 |
| Esteva Tort, Sofía Josefina | 19,417 |
| Campbell López, Tiffany Priscila | 20,360 |

Aprobación de Cambio de
Estatus Inactivo de
marzo de 2019 a agosto de 2020                    8

Gil De Lamadrid De Jesús,
Cristina Enid                    20,512

### marzo 2020

| | |
|---|---|
| Robles Roche, Ruperto J. | 3117 |
| García Troche, Ángel | 3308 |
| Ayala Cuervos, Ramón | 4108 |
| Morales Rodríguez, José A. | 5217 |
| Pastor Benítez, Carmen G. | 5361 |
| Vilá Sellés, Vilma J. | 5380 |
| González Suárez, María A. | 5651 |
| Alsina López, Carlos C. | 5998 |
| Valcárcel Ríos, Cándido | 6015 |
| Ramos Cayón, Diego A. | 6753 |
| Lugo De Bartolomei, Debra | 6913 |
| Prado Ramos, José R. | 8086 |
| García Vega, Roberto L. | 8452 |
| Carrero Nieves, Nilda | 9943 |
| Girod Solivan, Carmen C. | 9948 |
| Martínez Colón, Rafael A. | 10,022 |
| Arroyo Dávila, José E. | 10,294 |
| Valdivieso Galib, Lucas P. | 10,583 |
| Díaz López, Juan A. | 10,666 |
| Cruz Fernández, Maribel | 12,409 |
| Cruz David, Sonia H. | 12,763 |
| Marín Rodríguez, Luis J. | 15,040 |
| Rojas De Moya, Raúl | 15,686 |
| López Adames, Verónica I. | 16,136 |
| Colón Pérez, Laura I. | 17,334 |
| Nazario Yordán, Marifé | 17,647 |
| Rosario Suárez, Catalina | 18,492 |
| Casanova Tosado, Fernando Héctor | 20,722 |
| Martínez Jeréz, Silvio Ricardo | 21,782 |

### junio 2020

| | |
|---|---|
| Torres Sepúlveda, Lirio C. | 5401 |
| Ramírez Legrand, José M. | 10,534 |
| Fernández Álvarez, Raquel | 12,180 |
| Díaz Rodríguez, Vanessa E. | 12,568 |
| Figueroa Rodríguez, Víctor L. | 13,678 |
| Irizarry López, Carmen Milagros | 21,832 |

### julio 2020

| | |
|---|---|
| Soler Favale, Santiago C. | 1759 |
| Irizarry De Toledo, Eva | |
| Abruña Rodríguez, Edna | 2240 |
| Cancio Rodríguez, Miguel M. | 2394 |
| Lugo Bougal, Delia | 2423 |

Aprobación de Cambio de
Estatus Inactivo de
marzo de 2019 a agosto de 2020                           9

| Alicea López, Wilfredo | 2668 |
| Juliá Ramos, Enrique G. | 5137 |
| Ramos López, Adrián | 5197 |
| Rovira Ronda, Myrna E. | 5881 |
| Román Pérez, Roque | 6759 |
| Mejías Ríos, Awilda | 7670 |
| De Jesús Morales, Adalina | 8312 |
| Martínez González, Ruth | 9248 |
| Vega Lugo, Delmarie | 9471 |
| Santiago Torres, Jomar | 15,532 |
| Mercado Fernández, María Del Mar | 21,265 |
| Dávila Olmeda, Juan Carlos | 21,422 |

**agosto 2020**

| González Avilés, Germán A. | 2916 |
| García Pumarejo, Miguel A. | 4927 |
| Morales Caraballo, Carlos M. | 7323 |
| Torres Ramos, Luis M. | 11,686 |
| Crespo Arroyo, Iván | 12,541 |
| Muñoz Cruz, Gisela | 15,664 |
| Meléndez Ríos, Melvin | 21,477 |

**septiembre 2020**

| Murphy Roldán, Linda E. | 18,399 |
| Picó Vidal, Isabel | 8118 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.



José Ignacio Campos Pérez
Secretario del Tribunal Supremo